DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAVON O'CONNOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1267

[December 13, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 06-2839 CFA.

Javon O'Connor, Jasper, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and DAMOORIGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***